# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-179
Lower Tribunal No. 18-1100
_____

**Brenda Klepach Abrams, etc.,**
Appellant,

vs.

**Steve L. Waserstein, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Brenda Klepach Abrams, in proper person.

Waserstein & Nunez, PLLC, and Carlos Nunez-Vivas and Catherine Shannon Christie, for appellee.

Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Brenda Klepach Abrams challenges the trial court's order granting

guardian Steve L. Waserstein's petition for approval to enter into a listing agreement for the sale of Abrams' mother's property, contending that the trial court denied her due process in granting the petition and entering the order without a hearing. This is Abrams' fifth appeal to this Court relating to trial court orders centering on her mother's property. Pursuant to this Court's opinions in Abrams v. Klepach, 320 So. 3d 999, 1000 (Fla. 3d DCA 2021), and Abrams v. Waserstein, 349 So. 3d 493, 495 (Fla. 3d DCA 2022), we lack jurisdiction to consider Abrams' appeal because she is not an interested person. See Fla. R. App. P. 9.170(b) ("Except for proceedings under rule 9.100 and rule 9.130(a), appeals of orders rendered in probate and guardianship cases shall be limited to orders that finally determine a right or obligation of an interested person . . . ."). As such, we dismiss this appeal for lack of jurisdiction.

Dismissed.